AO 91 (Rev. 5/95) Criminal Complaint

Felmy

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2014

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

v.

WINGOLD, JESSICA
AKA: MORADEL, JUAN CARLOS
A90 458 124
NICARAGUA

CRIMINAL COMPLAINT

CASE NUMBER: B: 14- 817 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 08/31/2014 in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted an illegal entry into the United States after being previously deported, said defendant having not obtained the consent of the Attorney General and/or the Secretary of Homeland Security of the United States,

in violation of Title __8__ United States Code, Section(s) __1326 (a)(b)__.

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States from Mexico thru the Veterans International Bridge in Brownsville, TX. The defendant presented an invalid United States Lawful Permanent Resident Alien Card bearing the defendants name and photograph. The defendant further claimed to be a lawful permanent resident of the United States to a Customs and Border Protection Officer. In secondary Customs and Border Protection officers determined that the defendant is a citizen and native of Nicaragua with no documents to enter and/or reside in the United States. A query of the defendants' records revealed that the defendant had been previously deported from the United States to Nicaragua on October 09, 2013 thru New Orleans, LA. Further queries revealed that the defendant has a criminal history.

Defendant has $ 0.67 U.S. Cents.
Continued on the attached sheet and made a part hereof: ___ Yes   X No

Ivan E Leija CBPEO
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 02, 2014                     at     Brownsville, Texas
Date                                                  City and State

RONALD G. MORGAN, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                 Signature of Judicial Officer